## RICHARDSON v. BP OIL CO.

No. 557P96

Case below: 124 N.C.App. 509

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.
Justice Whichard recused.

## SANDERS v. BROYHILL FURNITURE INDUSTRIES

No. 38P97

Case below: 124 N.C.App. 637

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

## SHARP v. TEAGUE

No. 90P97

Case below: 125 N.C.App. 215

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.

## SHAW v. SMITH

No. 151P97

Case below: 125 N.C.App. 616

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997. Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 May 1997.

## SMITH v. N.C. DEPT. OF CORRECTION

No. 18P97

Case below: 124 N.C.App. 670

Notice of appeal by plaintiff (substantial constitutional question) dismissed 8 May 1997. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 May 1997.